Robert W. Payne, Esq. (Bar No. 073901)
PAYNE IP LAW
111 N. Market Street, Suite 300
San Jose, CA   95113
Telephone: (408) 981-4293
E-Mail:  payne@bobpayne.com

Attorneys for Plaintiff
Integris Wealth Management, LLC

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*10/1/2019*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRIS WEALTH MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRIS FINANCIAL NETWORK, LLC, a New York limited liability company.<br><br>Defendant. | NO. 4:19-cv-03974-YGR<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to F.R.Civ.P. 41(a)(1)(A)(i), plaintiff hereby dismisses this entire action with prejudice, both parties to bear their own costs and attorneys' fees.

Dated:  September 26, 2019            PAYNE IP LAW


                                      By_____/s/_____
                                         Robert W. Payne
                                         Attorneys for Plaintiff
                                         INTEGRIS WEALTH MANAGEMENT

**PROOF OF SERVICE**

I declare that on September 27, 2019, I served the following documents:

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

upon the following at the address set out immediately below:

Terrence Tormey
4242 Wolf Hollow Road
Syracuse, NY 13219

by the following means:

    _x_    Placed in U.S. Mail
    ___    Sent by fax
    ___    Hand delivered
    ___    Sent by delivery service (e.g., FedEx, UPS)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 27, 2019            _____/s/_____
                                                  Robert W. Payne